1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

MARTIN SELIG d/b/a MARTIN SELIG
REAL ESTATE,

10

Plaintiff,

Case No.  C05-1018L

11

v.

ORDER GRANTING
MOTION TO AMEND

12

WINSTAR WIRELESS, INC., *et al.*,

13

Defendants.

14

15    This matter comes before the Court on plaintiff's motion to amend his complaint
16 to add a claim for foreclosure of a landlord's lien.  (Dkt. #11).  Defendant Winstar
17 Communications, LLC has responded to the motion but does not oppose it.  There is no
18 evidence that the amendment is the result of bad faith or that it would result in undue
19 delay, prejudice to the opposing party, or futility.  Accordingly, plaintiff's motion to
20 amend is GRANTED.

21    DATED this 21st day of October, 2005.

22
23
24

*MNT S Lasnik*

Robert S. Lasnik
United States District Judge

25
26

ORDER GRANTING
MOTION TO AMEND