UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN SELIG d/b/a MARTIN SELIG REAL ESTATE,

    Plaintiff,

    v.

WINSTAR WIRELESS, INC., *et al.*,

    Defendants.

Case No.  C05-1018L

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte* on its order to show cause dated October 24, 2005 (Dkt. #21) and on a second order to show cause dated November 10, 2005 (Dkt. #26).  In the first order to show cause, the Court noted that the parties were required to file a Joint Status Report by September 12, 2005, but they did not file a report or request an extension of that date.  The Court ordered the parties to file their Joint Status Report by November 9, 2005 and show cause why sanctions should not be imposed for their failure to comply with the Court's prior order.

    The Court issued a second order to show cause on November 10, 2005, noting that the parties had not filed a Joint Status Report, plaintiff had offered no explanation for its failure to comply with two orders of this Court, and plaintiff's counsel had not returned

ORDER OF DISMISSAL- 1

1 any of the Court staff's telephone calls regarding the overdue Joint Status Report.  The
2 second order to show cause explicitly ordered plaintiff to file a Joint Status Report by
3 Monday, November 28, 2005, and to show cause why this case should not be dismissed
4 for failure to comply with this Court's orders.
5      Plaintiff has not responded to either of the Court's orders to show cause.  Plaintiff
6 has not filed a Joint Status Report or shown cause why this case should not be dismissed
7 for failure to comply with this Court's orders.
8      Accordingly, this case is DISMISSED without prejudice.

10      DATED this 29th day of November, 2005.


                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

26 ORDER OF DISMISSAL- 2