1

2

3

4

5

6                                     UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
7                                             AT SEATTLE

8    MARTIN SELIG d/b/a MARTIN SELIG
     REAL ESTATE,
9
                  Plaintiff,                          Case No.  C05-1018L
10
          v.                                          ORDER GRANTING MOTION
11                                                    TO VACATE DISMISSAL;
     WINSTAR WIRELESS, INC., *et al.*,                IMPOSING SANCTIONS
12
                  Defendants.
13

14

15                                        **I.  INTRODUCTION**

16        This matter comes before the Court on plaintiff's motion to vacate the Court's

17   November 29, 2005 order of dismissal in this case.  (Dkt. #33).  The Court dismissed the

18   case because plaintiff did not file a Joint Status Report or respond in any way to either of

19   two orders to show cause why this case should not be dismissed for failure to comply

20   with the Court's orders.

21        For the reasons set forth below, the Court vacates the order of dismissal, and

22   imposes sanctions for plaintiff's failure to comply with the Court's orders.

23                                        **II.  DISCUSSION**

24        Plaintiff's counsel, W.K. McInerney, states that he did not receive the orders to

25

26   ORDER GRANTING MOTION
     TO VACATE DISMISSAL - 1

1  show cause or any of the other documents which ultimately led to the dismissal of this

2  case.  Declaration of W.K. McInerney (Dkt. #34) at ¶ 3.  Mr. McInerney also states that

3  he did not receive any of the messages from the Court's staff who telephoned his office

4  on several occasions regarding the overdue Joint Status Report.  Mr. McInerney notes that

5  he was working with temporary secretaries during the relevant time period.  However, he

6  acknowledges, correctly, that he is ultimately responsible for complying with the Court's

7  orders.  Nevertheless, the Court prefers, whenever possible, to decide matters on their

8  merits.  Accordingly, relief from the dismissal order is justified to allow for resolution on

9  the merits.  Fed. R. Civ. P. 60(b)(6).

10         The parties have not yet filed a Joint Status Report.  The Court orders the parties

11  to file a Joint Status Report no later than January 11, 2006.  Once the parties have filed

12  the Joint Status Report, the Court will renote plaintiff's two motions that were pending at

13  the time of the dismissal.[1]

14         Finally, the Court considers whether the conduct of plaintiff and his counsel

15  warrants the imposition of sanctions.  By not filing a Joint Status Report or a response to

16  either of the Court's orders to show cause, plaintiff failed to comply with three orders of

17  this Court without good cause.  The failure is more egregious in light of the fact that the

18  Joint Status Report filing deadline was set by stipulation of the parties, so plaintiff and his

19  counsel were well aware of the deadline but ignored it.  Furthermore, plaintiff's counsel

20  has not offered any explanation for his failure to return defendants' counsel's telephone

21  calls and e-mail messages regarding the overdue Joint Status Report.  Clearly, plaintiff's

22

23

24         [1] Plaintiff's reply "requests a prompt determination" of the two motions.
     Plaintiff's Reply at p. 2.  The motions would have been considered long ago had plaintiff
     fulfilled his basic, and minimal, obligations as a litigant before this Court.

25

26  ORDER GRANTING MOTION
     TO VACATE DISMISSAL - 2

1  counsel was not actively monitoring the status of this case, and only belatedly learned of

2  the dismissal and related filings when he called the Court's staff to inquire about the

3  status of a pending motion.  All of these actions, and inactions, show an on-going cavalier

4  attitude towards the Court's orders, other parties, and the obligations of those seeking

5  relief from and appearing before the Court.  The conduct of plaintiff and his counsel has

6  also unnecessary delayed and vexatiously multiplied the proceedings, increased costs, and

7  wasted both the Court's and the defendants' resources.  Accordingly, the Court imposes

8  sanctions in the amount of $2,000, to be paid to defendants within twenty days of the date

9  of this order.  Plaintiff and his counsel shall be jointly responsible for paying the

10  sanctions.

11                                    **III.  CONCLUSION**

12        For all of the foregoing reasons, plaintiff's motion to vacate the order of dismissal

13  is GRANTED.  The Court's November 29, 2005 order of dismissal (Dkt. #32) is

14  VACATED.  The Clerk of the Court is directed to reopen this case.

15        The Court further ORDERS the parties to file a Joint Status Report no later than

16  January 11, 2006.  The Court also imposes sanctions in the amount of $2,000, to be paid

17  to defendants within twenty days of the date of this order.  Plaintiff and his counsel shall

18  be jointly responsible for paying the sanctions.

19

20        DATED this 5th day of January, 2006.

21

22                                        _Robert S. Lasnik_

23                                        Robert S. Lasnik
                                          United States District Judge

24

25

26  ORDER GRANTING MOTION
    TO VACATE DISMISSAL - 3